**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    MARGARET L. GAUTHIER,                        No. C-14-5045 EMC

9            Plaintiff,

10          v.                                    **ORDER RE PLAINTIFF'S NOTICE OF
                                                  VOLUNTARY DISMISSAL**
11   RESIDENTIAL MORTGAGE SERVICES,
     *et al.*,                                    **(Docket No. 41)**
12
             Defendants.
13   _____/

14

15

16          On January 26, 2015, Plaintiff Margaret L. Gauthier filed a notice of voluntary dismissal.

17   *See* Docket No. 41 (notice).  Ms. Gauthier states that she dismisses, without prejudice, "all causes of

18   actions and all defendants."  Docket No. 41, at 1 (notice).

19          Ms. Gauthier's voluntary dismissal is effective as to all Defendants except for Rosicki,

20   Donnan, Graves & Longoria, LLC ("RDG&L").  Under Federal Rule of Civil Procedure 41, a

21   plaintiff may – without a court order – dismiss an action by filing "a notice of dismissal before the

22   opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P.

23   41(a)(1)(A).  Here, all of the Defendants, except for RDG&L, have not served either an answer or a

24   motion for summary judgment and therefore the voluntary dismissal is effective as to those

25   defendants.  *Cf. Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (holding that Rule 41(a)(1)

26   allows a plaintiff to dismiss without a court order fewer than all of the named defendants).

27   However, RDG&L has answered, and therefore voluntary dismissal under Rule 41 is not proper.

28

**United States District Court**
For the Northern District of California

1        That being said, it may be that RDG&L would not oppose a dismissal without prejudice. *Cf.*

2   Fed. R. Civ. P. 41(a)(1)(ii) (providing that a plaintiff may dismiss an action without a court order by

3   filing a stipulation).  Accordingly, the Court hereby orders RDG&L to file a statement as to whether

4   it opposes Ms. Gauthier's request to dismiss all claims against it without prejudice.  If RDG&L

5   opposes the request, it must provide an explanation as to why.  **RDG&L must file its statement by**

6   **February 9, 2015.**

7        Because of the voluntary dismissal as to all Defendants except RDG&L, all briefing and

8   hearing related to the motions to dismiss (including Ms. Gauthier's response to the order to show

9   cause) are hereby **VACATED**.

10       This order disposes of Docket Nos. 19, 28 and 37.

11

12       IT IS SO ORDERED.

13

14  Dated:  February 2, 2015

15

16  _____

    EDWARD M. CHEN

    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28