UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET L. GAUTHIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RESIDENTIAL MORTGAGE SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-14-5045 EMC<br><br><br><br>**ORDER RE DISMISSAL** |

　　　Previously, the Court noted that Plaintiff Margaret L. Gauthier's voluntary dismissal was effective as to all Defendants except for Rosicki, Donnan, Graves & Longoria, LLC ("RDG&L"), which had already answered her complaint. *See* Docket No. 42 (order). The Court gave RDG&L an opportunity to state whether it would oppose a dismissal without prejudice. *Cf.* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that a plaintiff may dismiss an action without a court order by filing a stipulation). RDG&L has now filed its response, in which it states that it consents and stipulates to Ms. Gauthier's requested dismissal of RDG&L pursuant to Rule 41(a)(1)(A)(ii).

　　　Because all Defendants in the case have now been dismissed, either voluntarily or through stipulation, the Court hereby orders the Clerk of the Court to close the file in this case.

　　　IT IS SO ORDERED.

Dated: February 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge